IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                  2:19-cr-168
                                        Chief Judge Marbley

Rigoberto Ahumada, Jr.

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 19) that the defendant's guilty plea be accepted. The Court accepts the defendant's pleas of guilty to Counts 1 and 2 of the Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: January 14, 2020                    s\Algenon L. Marbley
                                            Algenon L. Marbley
                                            Chief United States District Judge